IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Whittier, Edward | Case Number: 08 B 03919 |
|---|---|---|
|  | Whittier, Evon | Judge: Wedoff, Eugene R |
|  | Printed: 12/02/08 | Filed: 2/21/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 16, 2008
Confirmed: April 17, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,318.33 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,167.12 |
| Trustee Fee: |  | 151.21 |
| Other Funds: |  | 0.00 |
| Totals: | 2,318.33 | 2,318.33 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,494.00 | 2,167.12 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 2,611.00 | 0.00 |
| 5. | Bank Of New York | Secured | 12,761.09 | 0.00 |
| 6. | Litton Loan Servicing | Secured | 789.00 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 79.75 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 39.86 | 0.00 |
| 9. | Spirit Of America Nat'l Ban | Unsecured | 122.18 | 0.00 |
| 10. | Commonwealth Edison | Unsecured | 93.17 | 0.00 |
| 11. | Target National Bank | Unsecured | 55.24 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 78.16 | 0.00 |
| 13. | Verizon Wireless Midwest | Unsecured | 105.54 | 0.00 |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | 46.21 | 0.00 |
| 15. | Ameritech | Unsecured |  | No Claim Filed |
| 16. | LaSalle National Bank | Unsecured |  | No Claim Filed |
| 17. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 18. | Nicor Gas | Unsecured |  | No Claim Filed |
|  |  |  | $ 20,275.20 | $ 2,167.12 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 117.85 |
| 6.6% | 33.36 |
|  | $ 151.21 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Whittier, Edward<br>Whittier, Evon<br>Printed: 12/02/08 | Case Number:  08 B 03919<br>Judge:  Wedoff, Eugene R<br>Filed:  2/21/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

